**FILED**

FEB 21 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 18CR 116 |
| v. | ) | |
| ELSTON STEVENSON | ) | Violation: Title 18, United States Code, Section 922(g) |

JUDGE THARP

MAGISTRATE JUDGE FINNEGAN

**COUNT ONE**

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about November 22, 2017, at Evergreen Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

ELSTON STEVENSON,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Harrington & Richardson, .32 caliber revolver with serial number 4055, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1) and 924(e).

1

## **FORFEITURE ALLEGATION**

The SPECIAL AUGUST 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, Harrington & Richardson, .32 caliber revolver with serial number 4055.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY